Searle and Funderburg, Inc., Appellant, v. Fuhremann Canning Company, Appellee.

Gen. No. 44,963.

Goldberg & Weigle, for appellant; Lederer, Livingston, Kahn & Adsit, for appellee; Harry H. Kahn, Daniel J. Gluck, and Richard C. Bleloch, of counsel. Opinion by JUSTICE FEINBERG. Not to be published in full. Opinion filed May 8, 1950; rehearing denied May 22, 1950; released for publication May 23, 1950.